IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

<u>NO</u>  INTERPRETER NEEDED  :  IA

Date of Arrest: January 11, 2013  :  January 14, 2013
ESR OPERATOR: Jimmy Cruz

UNITED STATES OF AMERICA  :  AUSA Jason Jones

v.  :  2No: 13-CR-25 M

ROBERT OLDHAM, JR.  :

FILED
JAN 15 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

[] CJA Appointed
[] Retained
[X] Defenders' Assn Apptd.

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[X] The Government's Motion for Temporary Detention is Granted. A detention hearing and ~~arraignment~~ preliminary examination are scheduled for **Wednesday, 1/16/13 at 1:30 p.m., Ctrm 5B**, before Judge Rice.

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.

BY:
L. Restrepo
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT  10 MINUTES**