

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Jason L. Jones*
*Direct Dial: (215)861-8253*
*Facsimile: (215)861- 8618*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 16, 2013

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:  United States v. Robert Oldham     13-25-M
> Magistrate No. ~~13-26~~

Dear Clerk:

Please unimpound the Complaint and Warrant in regard to the above-captioned case. The Complaint and Warrant was filed on January 10, 2013.

Very truly yours,

ZANE DAVID MEMEGER
United States Attorney


/s/ Jason L. Jones
Jason L. Jones
Special Assistant United States Attorney