442 (Rev 12/85) Warrant for

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
Robert Oldham, Jr

WARRANT FOR ARREST

CASE NUMBER: 13-25-M

To: The United States Marshal and any Authorized
United States Officer

YOU ARE HEREBY COMMANDED to arrest   Robert Oldham, Jr.

and bring him or her forthwith to the nearest magistrate judge to answer a

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation violation petition

charging him or her with

That in or about December 2012, at or near Bensalem, Pennsylvania, the said Robert Oldham, Jr did, using a facility of interstate commerce, knowingly induce, entice or coerce D.M.V., a minor under 18 years of age, to engage in sexual activity for which a person can be charged with a criminal offense under Pennsylvania state law, in violation of 18 U.S.C. § 2422(b).

That in or about December 2012, at or near Bensalem, Pennsylvania, the said Robert Oldham, Jr, did use, persuade, induce or entice D.M.V., a minor under the age 18 years of age, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which was transported in a facility of interstate commerce, in violation of 18 U.S.C. 2251(a).

In violation of Title 18 United States Code, Section(s) 2422(b) and 2251(a)

| | |
|---|---|
| Honorable LINDA CARACAPPA | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* L. Caracappa | 1/10/2013   Philadelphia, |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
_____

| DATE RECEIVED 1-10-13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-11-13 | Andrea Manning, | 703 |

J. Jones Authorizing