UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL No. 13-59 |
| | : | |
| ROBERT OLDHAM, JR. | : | |
| *Defendant* | : | |
| _____ | : | |

## ORDER

AND NOW, this       day of       , 2013, defendant's motion for a continuance of trial is GRANTED.

_____
GOLDBERG, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL No. 13-59 |
| | : | |
| ROBERT OLDHAM, JR *Defendant* | : : : | |

DEFENDANT ROBERT OLDHAM, JR'S MOTION FOR A CONTINUANCE OF TRIAL

Defendant Robert Oldham, Jr. by his attorney Peter J. Scuderi, Esquire, hereby requests a continuance of trial and in support thereof, avers as follows:

1. Defendant is charged with 18 U.S.C. §2251(a) and 18 U.S.C. §2422(b), both of which carry long mandatory-minimum sentences.

2. Defendant was arraigned on the indictment on March 8, 2013.

3. Trial is scheduled for April 9, 2013.

4. Certain Discovery materials have been provided.

5. Defense counsel needs additional time for preparation.

6. The government has no objection to this request.

7. Defendant is in custody and waives the speedy trial rule.

7. It is in the interests of justice to grant this motion.

WHEREFORE, defendant requests that the Court grant a continuance of trial.

                                                    Respectfully submitted,

                                                    <u>s/Peter J. Scuderi</u>
                                                    Peter J. Scuderi, Esq.
                                                    2000 Market Street
                                                    Suite 2925
                                                    Philadelphia, PA 19103
                                                    (215) 546-5650
                                                    (215) 988-1842

                                                    Attorney for Defendant
                                                    Robert Oldham, Jr.

Dated: March 18, 2013

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing motion was served on Jason L. Jones, Esquire, by filing it electronically this 18th day of March, 2013.

s/Peter J. Scuderi
Peter J. Scuderi, Esq.
2000 Market Street
Suite 2925
Philadelphia, PA 19103
(215) 546-5650
(215) 988-1842 (fax)

Attorney for Defendant
Robert Oldham, Jr.
