UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| vs. | : | CRIMINAL No. 13-59 |
| ROBERT OLDHAM, JR.<br>*Defendant* | : | |

## ORDER

AND NOW, this _____ day of _____, 2013, defendant's motion for a continuance of sentencing is GRANTED.

_____
GOLDBERG, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL No. 13-59 |
| | : | |
| ROBERT OLDHAM, JR | : | |
| *Defendant* | : | |
| _____ | : | |

DEFENDANT ROBERT OLDHAM, JR'S MOTION
FOR A CONTINUANCE OF SENTENCING

Defendant Robert Oldham, Jr. by his attorney Peter J. Scuderi, Esquire, hereby requests a continuance of sentencing, and in support thereof, avers as follows:

1. Sentencing is scheduled for November 19, 2013.

2. Defendant recently received the pre-sentence report.

3. The discovery in this case was voluminous.

4. Defendant needs additional time to prepare for sentencing.

WHEREFORE, defendant requests that the Court grant a continuance of the sentencing.

Respectfully submitted,

s/Peter J. Scuderi
Peter J. Scuderi, Esq.
2000 Market Street
Suite 2925
Philadelphia, PA 19103
(215) 546-5650
(215) 988-1842

Attorney for Defendant
Robert Oldham, Jr.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing motion was served on Jeffrey Whitt, Esquire, by filing it electronically this 11th day of November, 2013.

                                                  s/Peter J. Scuderi  
                                                  Peter J. Scuderi, Esq.  
                                                  2000 Market Street  
                                                  Suite 2925  
                                                  Philadelphia, PA 19103  
                                                  (215) 546-5650  
                                                  (215) 988-1842 (fax)

                                                  Attorney for Defendant  
                                                  Robert Oldham, Jr.