IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-59 |
| ROBERT OLDHAM | : | |

ORDER

AND NOW this 29th day of January, 2014, upon motion of the United States requesting that Count One of the indictment in the above-captioned case be dismissed, and with no objection thereto, it is hereby

ORDERED

that Count One of the indictment in the above-captioned matter is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*
*Eastern District of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-59 |
| ROBERT OLDHAM | : | |

### GOVERNMENT'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT

The United States of America, by Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Jeffery W. Whitt, Assistant United States Attorney for the district, submits this motion to dismiss Count One of the indictment in the above-captioned matter.

1. On February 7, 2013, the Grand Jury for the Eastern District of Pennsylvania filed a two-count Indictment charging the defendant with one count of sexual exploitation of children, in violation of 18 United States Code, Section 2251(a), and one count of coercion and enticement, in violation of 18 United States Code, Section 2422(b).

2. On July 12, 2013, pursuant to a written plea agreement, Oldham pled guilty to Count Two of the indictment, charging coercion and enticement, and the government agreed to dismiss Count One at the time of sentencing.

4. The government moves to dismiss Count One of the indictment against defendant Robert Oldham without prejudice in the interests of justice.

WHEREFORE, the government respectfully requests that Count One of the indictment in Criminal No. 13-59 be dismissed without prejudice as to defendant Robert Oldham.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
JEFFERY W. WHITT
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be served on counsel for defendant by first-class mail, addressed as follows:

> Peter J. Scuderi, Esquire
> 2000 Market Street
> Suite 2925
> Philadelphia, PA 19103

JEFFERY W. WHITT
Assistant United States Attorney

Date: 1/29/14