June 30, 2020

Dear Clerk of Courts:

Please consider this my request to the courts to appoint counsel to represent me. I would like counsel to bring forth a motion to the court for compassionate release. I have requested compassionate release through the warden and now seek a resolution through the court.

I have no significant cash on hand, nor do I have assets of any value that would allow me to afford the fee for counsel.

I pray the court will grant my request for court appointed counsel to assist me with bringing a motion to the courts for compassionate release.

Thank you for your assistance in this matter.

Sincerely,

Robert Oldham, Jr. #68882-066
F.C.I.- Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

13-CR-59

Robert Oldham, Jr. #68882-066
F.C.I.-Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

U.S.M.S.
X-RAY

TRENTON NJ 085
01 JUL 2020 PM 6 L

United States Courthouse
Attn: Clerk of Courts
601 Market Street
Rm. 2609
Philadelphia, PA 19106-1729

19106-172699